RECEIVED
IN LAKE CHARLES, LA

AUG 17 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| JOHN P. GAUTHIER #417590 | : | DOCKET NO. 2:10 CV1473 |
| VS. | : | JUDGE MINALDI |
| MILTON ALEXANDER, et al. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the findings and conclusions are entirely correct. Accordingly, it is

ORDERED that the plaintiff's civil rights complaint and claims against the defendants Alexander and Winn be DISMISSED with prejudice as frivolous, for failure to state a claim upon which relief may be granted.

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this _____ day of ____Aug____ 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE